**LIPTON & PIPER, LLP**
ARTHUR C. LIPTON, C.S.B.#74710
JONATHAN L. PIPER, C.S.B. #225701
Flood Building - Suite 945
870 Market Street
San Francisco, CA 94102
Phone: (415) 362-6286
Fax: (415) 362-6819

Attorneys for Defendant,
DAVID CHONG

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No: 10-CR00042 MCE |
| Plaintiff, | **EX PARTE REQUEST AND ORDER TO MODIFY CONDITIONS OF PRETRIAL RELEASE** |
| v. | |
| DAVID CHONG, KEIT TRAN, ROBERT LY, aka "BUTT," JAMES LEROY JOHNSON, DARRYL RICHARD SMITH, VY PHAM, and DASSANY KEOPHIMANH, | |
| Defendant. | |

COMES NOW defendant, DAVID CHONG, through counsel, and hereby requests that the terms of his pretrial release be modified to exclude the curfew and electronic monitoring. All other terms are to remain in place. In support of said request, counsel declares:

I am an attorney licensed to practice in the state of California and before this Court. I am one of the attorneys of record for defendant DAVID CHONG.

1

Currently as part of his pretrial release, Mr. Chong has a curfew and is required to comply with electronic monitoring. Since his release, Mr. Chong has complied with the curfew and electronic monitoring requirements and has only had a few instances where he has reported late.

I have discussed this matter with United States Pretrial Services Officer David Horcon and with Assistant United States Attorney Jason Hitt. Pretrial Services has no objections to this request, but Mr. Hitt informed me that he is objecting.

Under the circumstances, I respectfully request that the court grant Mr. Chong's request. I declare under the penalty of perjury that the foregoing is true and correct, and that this declaration is executed on October 11, 2011, at San Francisco, California.

/S/
Jonathan L. Piper,
Attorney for DAVID CHONG

# **ORDER**

The request of defendant, DAVID CHONG, to modify the terms of his pretrial release so that Mr. Chong will no longer be required to have a curfew or comply with electronic monitoring is DENIED. All previously imposed terms of pretrial release remain in full force and effect.

IT IS SO ORDERED.

Dated: October 31, 2011

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE