1 | **LIPTON, PIPER & SGANGA, LLP**
ARTHUR C. LIPTON, C.S.B.#74710
2 | JONATHAN L. PIPER, C.S.B. #225701
MICHAEL W. SGANGA, C.S.B. #227179
3 | Flood Building - Suite 945
870 Market Street
4 | San Francisco, CA  94102
Phone:  (415) 362-6286
5 | Fax:     (415) 362-6819

6 | Attorneys for Defendant,
DAVID CHONG

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No: 10-CR00042 MCE |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER** |
| | **CONTINUING STATUS CONFERENCE** |
| DAVID CHONG, KEIT TRAN, ROBERT LY, aka "BUTT," JAMES LEROY JOHNSON, DARRYL RICHARD SMITH, VY PHAM, and DASSANY KEOPHIMANH, | |
| Defendant. | |

TO THE ABOVE ENTITLED COURT:

IT IS HEREBY STIPULATED, by the attorneys representing all parties in this matter that the Status Conference, currently scheduled for December 8, 2011 at 9:00am, be continued to March 22, 2012 at 9:00am.  This continuance is requested to allow all parties additional time to investigate the case.  This case consists of a significant amount of discovery, and counsel for David Chong, Arthur C. Lipton, recently requested additional discovery from the government which has yet to be provided.

1

The parties also agree that time may be excluded from the speedy trial calculation under the Speedy Trial Act for counsel preparation, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4.

SO STIPULATED:

Dated: December 5, 2011  By:

_____/S/_____
Arthur C. Lipton,
Attorney for Defendant, David Chong

_____/S/_____
Scott Cameron,
Attorney for Defendant, Dassany Keophimahn

_____/S/_____
Michael L. Chastaine,
Attorney for Defendant, Vy Pham

_____/S/_____
Linda C. Harter,
Attorney for Defendant, Keit Tran

_____/S/_____
Olaf William Hedberg,
Attorney for Defendant, James Johnson

_____/S/_____
Jason Hitt,
Attorney for Plaintiff, USA

/S/<br>
J. Toney,<br>
Attorney for Defendant, Robert Ly

## **ORDER**

IT IS HEREBY ORDERED, that the Status Conference Currently scheduled for December 8, 2011 in this matter be continued to March 22, 2012 at 9:00am. The Court finds that the ends of justice served by the continuance outweigh the interest of the public and the parties to a speedy trial as set forth above.

Dated: December 8, 2011

MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE