**LIPTON & PIPER, LLP**
ARTHUR C. LIPTON, C.S.B.#74710
JONATHAN L. PIPER, C.S.B. #225701
Flood Building - Suite 945
870 Market Street
San Francisco, CA  94102
Phone: (415) 362-6286
Fax:    (415) 362-6819

Attorneys for Defendant,
DAVID CHONG

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NITED STATES OF AMERICA, | Case No: 10-CR-00042 MCE |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER CONTINUING STATUS CONFERENCE** |
| DAVID CHONG, KEIT TRAN, ROBERT LY, aka "BUTT," JAMES LEROY JOHNSON, DARRYL RICHARD SMITH, VY PHAM, and DASSANY KEOPHIMANH, | |
| Defendant. | |

TO THE ABOVE ENTITLED COURT:

IT IS HEREBY STIPULATED, by the attorneys representing all parties in this matter that the Status Conference, currently scheduled for March 22, 2012 at 9:00am, be continued to May 31, 2012 at 9:00am.  This continuance is requested to allow all parties additional time to investigate the case. This case consists of a significant amount of discovery, some of which was recently provided by the Government.  Counsel for David Chong is also seeking the production of further discovery. The parties also agree that time may be excluded from the speedy trial calculation under the Speedy Trial Act for counsel preparation, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4.

///

///

1

SO STIPULATED:

Dated: March 8, 2012                                        By:

                                                   /S/
                                    Arthur C. Lipton,
                                    Attorney for Defendant, David Chong

                                                   /S/
                                    Scott Cameron,
                                    Attorney for Defendant, Dassany
                                    Keophimahn

                                                   /S/
                                    Michael L. Chastaine,
                                    Attorney for Defendant, Vy Pham

                                                   /S/
                                    Linda C. Harter,
                                    Attorney for Defendant, Keit Tran

                                                   /S/
                                    Olaf William Hedberg,
                                    Attorney for Defendant, James Johnson

                                                   /S/
                                    Jason Hitt,
                                    Attorney for Plaintiff, USA

                                                   /S/
                                    J. Toney,
                                    Attorney for Defendant, Robert Ly

## **ORDER**

      IT IS HEREBY ORDERED, that the Status Conference Currently scheduled for March 22, 2012 in this matter be continued to May 31, 2012 at 9:00am.


Dated:  March 14, 2012

                                    _____
                                      MORRISON C. ENGLAND, JR.
                                      UNITED STATES DISTRICT JUDGE