1 **LIPTON & PIPER, LLP**
ARTHUR C. LIPTON, C.S.B.#74710
2 JONATHAN L. PIPER, C.S.B. #225701
Flood Building - Suite 945
3 870 Market Street
San Francisco, CA 94102
4 Phone: (415) 362-6286
Fax: (415) 362-6819
5
Attorneys for Defendant,
6 DAVID CHONG

7

8 UNITED STATES DISTRICT COURT

9 FOR THE EASTERN DISTRICT OF CALIFORNIA

10 SACRAMENTO DIVISION

11

| UNITED STATES OF AMERICA, | ) Case No: 10-CR00042 MCE |
|---|---|
| Plaintiff, | ) |
| v. | ) **STIPULATION AND ORDER** |
|  | ) **CONTINUING STATUS CONFERENCE** |
| DAVID CHONG, KEIT TRAN, ROBERT LY, aka "BUTT," JAMES LEROY JOHNSON, DARRYL RICHARD SMITH, VY PHAM, and DASSANY KEOPHIMANH, | ) |
| Defendant. | ) |

19    TO THE ABOVE ENTITLED COURT:

20    IT IS HEREBY STIPULATED, by the attorneys representing all parties in this matter that

21 the Status Conference, currently scheduled for May 31, 2012 at 9:00am, be continued to July 19,

22 2012 at 9:00am. This continuance is requested to allow all parties additional time to investigate the

23 case. This case consists of a significant amount of discovery, some of which was recently provided

24 by the Government. Counsel for David Chong is also seeking the production of further discovery.

25    The parties also agree that time may be excluded from the speedy trial calculation under the

26 Speedy Trial Act for counsel preparation, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code

27 T4.

28

1

SO STIPULATED:

Dated: May 22, 2012

By:

    /S/
Arthur C. Lipton,
Attorney for Defendant, David Chong

    /S/
Scott Cameron,
Attorney for Defendant, Dassany Keophimahn

    /S/
Michael L. Chastaine,
Attorney for Defendant, Vy Pham

    /S/
Linda C. Harter,
Attorney for Defendant, Keit Tran

    /S/
Olaf William Hedberg,
Attorney for Defendant, James Johnson

    /S/
Jason Hitt,
Attorney for Plaintiff, USA

    /S/
J. Toney,
Attorney for Defendant, Robert Ly

# **ORDER**

The status conference is continued to July 19, 2012, at 9:00 a.m. For the reasons given above, the court finds that the ends of justice to be served by a continuance outweigh the best interests of the public and the defendant in a speedy trial, and therefore excludes time under the Speedy Trial Act through July 19, 2012.

Dated: May 29, 2012

MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE