**LIPTON & PIPER, LLP**
ARTHUR C. LIPTON, C.S.B.#74710
JONATHAN L. PIPER, C.S.B. #225701
MICHAEL W. SGANGA, C.S.B. #227179
Flood Building - Suite 945
870 Market Street
San Francisco, CA 94102
Phone: (415) 362-6286
Fax:    (415) 362-6819

Attorneys for Defendant,
DAVID CHONG

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No: 10-CR-00042 MCE |
| Plaintiff, | **STIPULATION AND ORDER MODIFYING CONDITIONS OF RELEASE FOR DEFENDANT DAVID CHONG** |
| v. | |
| DAVID CHONG, KEIT TRAN, ROBERT LY, aka "BUTT," JAMES LEROY JOHNSON, DARRYL RICHARD SMITH, VY PHAM, and DASSANY KEOPHIMANH, | |
| Defendant. | |

TO THE ABOVE ENTITLED COURT:

COMES NOW defendant, DAVID CHONG, through counsel, who hereby requests that the terms of his pretrial release be modified to exclude the curfew and electronic monitoring. All other terms are to remain in place.

Currently as part of his pretrial release, Mr. Chong has a curfew and is required to comply with electronic monitoring. Since his release, which was two and a half years ago, Mr. Chong has complied with the curfew and electronic monitoring requirements and has had no violations.

///

///

1

Therefore, IT IS HEREBY STIPULATED between the parties, with the concurrence of Pretrial Services, that the pretrial release conditions be modified to eliminate the electronic monitoring and curfew requirements.

**SO STIPULATED:**

Dated: June 6, 2012

By: __/S/_____
      Jason Hitt,
      Assistant United States Attorney

By: __/S/_____
      Arthur C. Lipton,
      Attorney for Defendant

<u>**ORDER**</u>

IT IS HEREBY ORDERED that the terms of defendant, DAVID CHONG'S, pretrial release in this matter be modified as follows: Mr. Chong will no longer be required to have a curfew or electronic monitoring.

Dated: June 8, 2012

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE