1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  LINDA C. HARTER, CA Bar #179741
   Chief Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700
5
   Attorney for Defendant
6  KEIT TRAN

7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,    ) No. CR-S-10-00042 MCE
                                )
12            Plaintiff,         )
                                ) STIPULATION AND ORDER VACATING
13     v.                        ) STATUS CONFERENCE AND SETTING FOR
                                ) CHANGE OF PLEA
14 KEIT TRAN,                    )
                                )
15            Defendant.         ) DATE: July 19, 2012
                                ) TIME: 9:00 a.m.
16 _____) Judge: Morrison C. England

17

18      It is hereby stipulated and agreed to between the United States

19 of America through Jason Hitt, Assistant U.S. Attorney, and defendant,

20 KEIT TRAN, by and through his counsel, Linda C. Harter, Chief Assistant

21 Federal Defender, that the status conference date of July 19, 2012 be

22 vacated, and the matter set for a change of plea on August 9, 2012 at

23 9:00 am.

24      This continuance is requested because defense counsel is

25 presently out of the district and unavailable on the presently

26 scheduled date.  Additionally, counsel for the government has provided

27 a proposed plea agreement to defense counsel.

28 ///

1  Defense counsel seeks additional time to review the proposed agreement
2  with Mr. Tran, and to continue discussions with counsel for the
3  government.
4        Based upon the foregoing, the parties stipulate and agree that
5  the ends of justice served by granting this continuance outweigh the
6  best interests of the public and the defendant in a speedy trial
7  and time under the Speedy Trial Act should be excluded from the date of
8  signing of this order through and including August 9, 2012 pursuant to
9  18 U.S.C. §3161 (h)(7)(B)(iv) [reasonable time to prepare] and Local
10 Code T4 based upon continuity of counsel and defense preparation.

Dated: July 17, 2012              Respectfully submitted,

                                  DANIEL J. BRODERICK
                                  Federal Defender

                                  /s/ Daniel Broderick for
                                  LINDA C. HARTER
                                  Assistant Federal Defender
                                  Attorney for Defendant
                                  KEIT TRAN

Dated: July 17, 2012              BENJAMIN B. WAGNER
                                  United States Attorney

                                  /s/ Daniel Broderick for
                                  JASON HITT
                                  Assistant U.S. Attorney
                                  Attorney for Plaintiff

///
///
///

**O R D E R**

**IT IS SO ORDERED.** For the reasons set forth above, the court finds that the ends of justice to be served by a continuance outweigh the best interests of the public and the defendant in a speedy trial and therefore excludes time under the Speedy Trial Act through August 9, 2012.

Dated: July 17, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE