# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

v.      ) CR NO: 2:10-cr-00042 MCE

JAMES JOHNSON

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
     ☒ Ad Prosequendum      ☐ Ad Testificandum.

Name of Detainee: James JOHNSON

Detained at (custodian): Rio Cosumnes Correctional Center
12500 Bruceville Road
Elk Grove, California 95757

Detainee is: a.) ☐ charged in this district by:
     ☒ Indictment      ☐ Information      ☐ Complaint
Charging Detainee With: Conspiracy to Distribute and Possess with Intent to Distribute MDMA in violation of 21 U.S.C. §§ 846, 841(a)(1), and additional drug trafficking charges

or b.) ☐ a witness not otherwise available by ordinary process of the Court

Detainee will: a.) ☐ return to the custody of detaining facility upon termination of proceedings
or b.) ☒ be retained in federal custody until final disposition of federal charges

*Appearance is necessary forthwith in the Eastern District of California.*

Signature: /s/Jason Hitt
Printed Name & Phone No: Jason Hitt (916) 554-2751
Attorney of Record for: United States of America

## WRIT OF HABEAS CORPUS
☒ Ad Prosequendum      ☐ Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, *forthwith*, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Dated: August 17, 2012

MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

Please provide the following, if known:

| | | | |
|---|---|---|---|
| AKA(s) (if applicable): | James JOHNSON | Male ☒ | Female ☐ |
| Booking or CDC #: | 09494784 | DOB: | 09/12/89 |
| Facility Address: | Rio Cosumnes Correctional Center | Race: | |
| | 12500 Bruceville Road, Elk Grove, California | FBI #: | |
| Facility Phone: | 916.874.1927 | | |
| Currently Incarcerated For: | State drug charges. | | |

**RETURN OF SERVICE**

Executed on _____ by _____   _____
                                                                                          (Signature)