The Law Office of Olaf W. Hedberg
Olaf W. Hedberg, State Bar #151082
901 H St., Suite 673
Sacramento, California 95814
(916) 447-1192 office
1-412-774-3537 fax
o.hedberg@sbcglobal.net

IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF

CALIFORNIA

THE UNITED STAES OF AMERICA

V.

JAMES LEROY JOHNSON

Case Number: 2:10-CR-00042 MCE

**STIPULATION AND ORDER CONTINUING
CHANGE OF PLEA HEARING**

DATE: August 23, 2012
TIME: 9:a.m.
DEPT: Hon. Morrison England, Jr**.**

     The parties, through undersigned counsel, stipulate that the change of plea hearing,

currently set for August 23, 2012 be continued to September 6, 2012 at 9 a.m. Defense counsel

needs additional time to meet with Defendant regarding the plea agreement, the plea process and

other collateral issues that materially affect Defendant's plea in this matter.

     Therefore the parties agree that the interests of justice served by this continuance

outweigh the public's and the Defendant's interests in a speedy trial and that time may be

excluded from the speedy trial calculation under the Speedy Trial Act for counsel preparation pursuant to 18 U.S.C. §3161(h)(7)(B)(iv) and Local Code T4.

DATED: August 21, 2012
        OLAF W. HEDBERG
        /s/ Olaf W. Hedberg,
        Olaf Hedberg
        Counsel for JAMES LEROY JOHNSON

DATED: August 21, 2012
        BENJAMIN WAGNER
        United States Attorney
        by /s/ Olaf W. Hedberg, for
        Jason Hitt
        Assistant U.S. Attorney

### ORDER

Pursuant to the foregoing stipulation of conusel, the status conference, scheduled for August 23, 2012 , is continued to September 6, 2012, at 9:00 a.m. Time is excluded from the speedy trial calculation pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4 for counsel preparation.  The Court finds that the ends of justice served by granting this continuance outweigh the best interests of defendant and the public to a speedy trial.

IT IS SO ORDERED.

DATED:  August 27, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE