MICHAEL CHASTAINE, State Bar #121209
THE CHASTAINE LAW OFFICE
2377 Gold Meadow Way, Suite 100
Gold River, CA 95670
Telephone: 916-732-7150

Attorneys for Defendant
Vy Pham

# IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>VY PHAM, et al,<br><br>    Defendant. | Case No.: 2:10 CR 0042 MCE<br><br>STIPULATION AND ORDER CONTINUING SENTENCING |

It is hereby stipulated between the parties, Jason Hitt, Assistant United States Attorney, Linda Harter, attorney for Keit Tran and Michael Chastaine, attorney for Vy Pham, that the sentencing date of Thursday, March 14, 2013 should be continued until Thursday May 30, 2013. The continuance is requested for the following reasons: Keit Tran has not yet been interviewed by probation so the PSR has not yet been completed. Keit Tran and Vy Pham are engaged and currently live together. They seek to be sentenced and remained at the same time. The Government has no objection to having Mr. Tran and Ms. Pham sentenced at the same time.

.

| | | |
|---|---|---|
| Dated: March 20, 2013 | By: ____/s/ Michael Chastaine | |
| | MICHAEL CHASTAINE | |
| | Attorney for Vy Pham | |

| | | |
|---|---|---|
| Dated: March 20, 2013 | By: ____/s/ Michael Chastaine for Linda Harter | |
| | LINDA HARTER | |
| | Attorney for Keit Tran | |

| | | |
|---|---|---|
| Dated: March 20, 2013 | BENJAMIN B. WAGNER | |
| | United States Attorney | |
| | | |
| | By: /s/ Michael Chastaine for Jason Hitt___ | |
| | Jason Hitt | |
| | Assistant U.S. Attorney | |

## ORDER

GOOD CAUSE APPEARING, in that it is the stipulation of the parties that the sentencing scheduled for Thursday, March 14, 2013 at 9:00 a.m. be continued to Thursday, May 30, 2013 at 9:00 a.m.

IT IS SO ORDERED.

DATED: March 27, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT JUDGE