HEATHER E. WILLIAMS, #122664
Federal Defender
LINDA C. HARTER, #179741
Chief Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700/Fax 916-498-5710
linda.harter@fd.org

Attorney for Defendant
KEIT TRAN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. Cr.S. 10-0042-MCE |
| | ) | |
| Plaintiff, | ) | MOTION TO EXONERATE BOND AND |
| | ) | ORDER |
| vs. | ) | |
| | ) | |
| KEIT TRAN, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

On January 22, 2010, Magistrate Judge Dale A. Drozd ordered Mr. Tran released on an unsecured bond of $50,000 to be co-signed by Mr. Tran's sister, Cindy Mui Tran and also secured by his sister's property bond by a Deed of Trust in the amount of $158,000.00 posted with this court on February 22, 2010 by Samantha Tran. Mr. Tran has fulfilled all of his obligations to the Court while on release and has self-surrendered to the custody of the Bureau of Prisons on November 28, 2013 and will remain in custody until his sentencing term is completed.

Because he is no longer on release conditions, the unsecured bond posted on January 22, 2010 securing Mr. Tran's appearance and the Deed of Trust posted on February 22, 2010 may be ordered exonerated.

Accordingly, Mr. Tran hereby moves to exonerate the unsecured bond co-signed by his

-1-

sister, Cindy Mui Tran, and the Deed of Trust posted on February 22, 2010, by his sister Samantha Tran, be reconveyed as set forth in the attached proposed order.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

/s/ Linda C. Harter
LINDA C. HARTER
Chief Assistant Federal Defender
Attorney for Keit Tran

**ORDER**

The Court finds that Mr.Tran was released pursuant to a $50,000 unsecured bond co-signed by Cindy Mui Tran and a property bond posted by a Deed of Trust in the amount of $158,000.00 by Samantha Tran. Mr. Tran is in custody and will remain in custody until his term is completed. He has satisfied all of his pre-trial release obligations to the Court.

THEREFORE, it is hereby ORDERED that the Clerk of the Court exonerate the $50,000 unsecured bond and that the Clerk of the Court reconvey the Deed of Trust that served as the property bond in this case.

Dated: December 4, 2013

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE