J TONEY
State Bar No. 43143
Attorney at Law

P.O. Box 1515
Woodland, CA  95695
530 666 1908
yoloconflict@aol.co
Attorney for Robert Ly

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Cr. No.  S-10-42 |
|---|---|
| Plaintiff, | MOTION TO EXONERATE BOND AND ORDER |
| v. | |
| ROBERT LY | |
| Defendant. | |

   On January 10, 2010, Magistrate Dale A Drozd ordered Mr. Ly released on an unsecured bond of $ 75,000 later  to be secured by a property bond of $ 75,000 posted with this Court on March 3, 2010 by Jenny Kieu Ly and Mau Quan Ly.  Robert Ly fulfilled all conditions of release, has been sentenced and is serving his sentence in the custody of the Bureau of Prisons.

   For these reasons, the Deed of Trust may be exonerated.  It is therefore Mr. Ly's request that the Court order reconveyance of the Deed of Trust as set forth in the attached order.

Dated December 8, 2013

                                                   /s/  J TONEY

                                                   J Toney

1

| | |
|---|---|
| 1 | ORDER |
| 2 | The Court finds that Robert Ly satisfied all pre-trial release conditions and is now in the |
| 3 | custody of the Bureau of Prisons. Therefore it is ORDERED that the Clerk of Court exonerate |
| 4 | the bond and reconvey the Deed of Trust that served as the property bond in this case. |

Dated: December 9, 2013

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE